■ In the Matter of TOWN OF YORKTOWN, Petitioner, v STATE BOARD OF REAL PROPERTY SERVICES, Respondent. [714 NYS2d 220] —Proceeding pursuant to CPLR article 78 and RPTL 1218 to review a determination of the State Board of Real Property Services, dated March 31, 1999, which established a final State equalization rate of 4.61% for the 1998 assessment roll of the Town of Yorktown.

Adjudged that the determination is confirmed and the proceeding is dismissed on the merits, without costs or disbursements (*see, Matter of Town of Yorktown v State Bd. of Real Prop. Servs.*, 275 AD2d 789 [decided herewith]). Ritter, J. P., Sullivan, Krausman and Goldstein, JJ., concur.